**The NORWOOD–HYDE PARK BANK & TRUST CO., an Ohio banking Corporation, and Hugh L. Nichols, Frank E. Wood, Robert S. Marx and G. A. Ginter, Practicing Law under the Firm Name of Nichols, Morrill, Wood, Marx & Ginter, v. The AMERICAN LOAN COMPANY OF CINCINNATI, Ohio, Debtor; Fred D. Wallace and Sheldon L. Burns, Trustees of Debtor, and The American Loan Company of Cincinnati, Ohio (as Reorganized).**

Circuit Court of Appeals, Sixth Circuit.
Nov. 14, 1938.

Nichols, Morrill, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellants.

Dinsmore, Shohl, Sawyer & Dinsmore, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion of the appellants, Norwood-Hyde Park Bank and Trust Company and

Nichols, Morrill, Wood, Marx & Ginter, and on consent of the appellees, this appeal is dismissed at the cost of appellants.